IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00052-REB-PAC

GUY CHICK,

    Plaintiff,

v.

TIMITHI BOULTON, parole officer
DAVID GALLEGOS, Aurora Police Department, and
MIKE GASKILL, Aurora Police Department,

    Defendants.
_____

**ORDER DIRECTING PLAINTIFF TO MAKE
MONTHLY FILING FEE PAYMENT OR TO SHOW CAUSE**
_____

By an Order entered March 25, 2005, plaintiff was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Pursuant to § 1915(b)(2), plaintiff is required to make "monthly payments of 20 percent of the preceding month's income credited to his account" until the filing fee is paid in full. On January 6, 2006, plaintiff was ordered, by the **15th day** of **each** month and without any further notice from or order of the Court, either to make the required monthly payment for each preceding month or to file a certified copy of his inmate trust fund account statement for the preceding month demonstrating that he has no assets and no means by which to make the monthly payment.

In the January 6, 2006 order, I notified plaintiff that his failure to comply with this requirement in any month prior to the date on which the filing fee is paid in full, would

result in a recommendation that the case be dismissed for failure to comply with this order and with the order allowing plaintiff to proceed *in forma pauperis* [entered March 25, 2005].

Plaintiff filed inmate account statements on January 25, and February 14, 2006. The January 25 statement shows that plaintiff could have paid $4.00.

IT IS ORDERED that **plaintiff shall make the required $4.00 payment which he could have submitted from January on or before March 30, 2006.**

IT IS FURTHER ORDERED that **if plaintiff fails to comply with this order, the complaint and this action may be dismissed without further notice**.

Dated this 8th day of March, 2006.

BY THE COURT:

  s/ Patricia A. Coan
PATRICIA A. COAN
United States Magistrate Judge