IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00052-REB-PAC

GUY CHICK,

    Plaintiff,

v.

TIMITHI BOULTON, parole officer
DAVID GALLEGOS, Aurora Police Department, and
MIKE GASKILL, Aurora Police Department,

    Defendants.

_____

**ORDER GRANTING MOTION FOR LEAVE OF COURT
TO TAKE DEPOSITION OF PLAINTIFF**
_____

**Patricia A. Coan, United States Magistrate Judge**

    Defendants GASKILL and GALLEGOS filed a Motion for Leave of Court to Take Deposition of Plaintiff on March 10, 2006 [doc. #59], and the motion was referred to me on March 10, 2006.  I now  ORDER that Defendants' Motion is granted.  Defendants are permitted to take the deposition of the Plaintiff, an inmate, at the Fremont Correctional Facility, Canon City, Colorado, on March 16, 2006.

    Done this 15th day of March, 2006.

                                             BY THE COURT:
                                             s/   Patricia A. Coan
                                             PATRICIA A. COAN
                                             United States Magistrate Judge