IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00052-REB-PAC

GUY CHICK,

    Plaintiff,

v.

TIMITHI BOULTON, parole officer
DAVID GALLEGOS, Aurora Police Department, and
MIKE GASKILL, Aurora Police Department,

    Defendants.

---

### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

---

Patricia A. Coan, United States Magistrate Judge

    Plaintiff filed this Section 1983 action *pro se* while he was incarcerated. He was released in March 2006. See plaintiff's letter filed March 15, 2006 [doc. # 61]. I held a status conference on April 26, 2006, at which plaintiff appeared. At that time I ordered plaintiff to pay $25.00 per month, by the 15th of each month, until his filing fee was paid in full. Plaintiff did not make any payments. On June 16, 2006, I entered an Order to Show Cause why this action should not be dismissed for plaintiff's failure to comply with court orders regarding payment of the plaintiff's filing fee. Plaintiff has not responded to the Order to Show Cause and continues to fail to make any payments toward the filing fee. Accordingly, plaintiff has failed to comply with the June 16, 2006 Order to Show Cause and with the April 26, 2006 Order.

    It is within the court's discretion to dismiss this action for plaintiff's failure to

comply with court orders to fulfill his obligation to pay his filing fee.  *See Cosby v. Meadors*, 351 F.3d 1324, 1326-27 (10th Cir.2003) (if a prisoner has means to pay his filing fee requirements under § 1915(b), his failure to do so may result in dismissal of his action).   Mr. Chick has made no attempt to make payments and has not offered any reasons for his nonpayment to date.  Dismissal for nonpayment is appropriate.  *See id.*  Accordingly, it is

      **RECOMMENDED** that **plaintiff's action be dismissed without prejudice**.

      **Within ten days after being served with a copy of the proposed findings and recommendation, any party may serve and file written objections to the proposed findings and recommendation with the Clerk of the United States District Court for the District of Colorado.  The district court judge shall make a de novo determination of those portions of the proposed findings or specified recommendation to which objection is made.  The district court judge may accept, reject, or modify, in whole or in part, the proposed findings or recommendations made by the magistrate judge.  The judge may also receive further evidence or recommit the matter to the magistrate judge with instructions.**

      **Failure to make timely objections to the magistrate judge's recommendation may result in a waiver of the right to appeal from a judgment of the district court based on the findings and recommendations of the magistrate judge.**

Dated this 14th day of July, 2006.

                                        BY THE COURT:
                                        s/ Patricia A. Coan
                                        PATRICIA A. COAN
                                        United States Magistrate Judge